**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-01968-CNS-STV

TAYLOR SWENSON on behalf of herself and all others similarly situated,
KYLE BUNTING,
JAMIE BUNTING,
THOMAS PEVEAR CHURCHILL,
JORDAN CHURCHILL,
MILLARD MCQUAID,
CAITLAND MCQUAID,
BEN WARREN, and
MEGHAN WARREN,

    Plaintiffs,

v.

ALLIANCE MOVING AND STORAGE LLC,
BID COMPANY LLC,
POLARIS MOVING SYSTEMS INC., d/b/a Roadrunner Moving,
UNLIMITED MOVING AND STORAGE LLC, and
ALL TIME MOVING INC. d/b/a Rapid Van Lines,

    Defendants.

---

## DEFAULT JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

Pursuant to the ORDER of Judge Charlotte N. Sweeney entered on July 11, 2023, [ECF No. 74] it is

ORDERED that DEFAULT JUDGMENT is entered in favor of the plaintiffs, Taylor Swenson, Kyle Bunting, Jamie Bunting, Thomas Pevear Churchill, Jordan Churchill, Millard Mcquaid, Caitland Mcquaid, Ben Warren, and Meghan Warren, and against the

defendants, Alliance Moving and Storage LLC, BID Company LLC, Polaris Moving Systems Inc., D/B/A Roadrunner Moving, Unlimited Moving and Storage LLC, and All Time Moving Inc. d/b/a Rapid Van Lines. It is

FURTHER ORDERED that damages are awarded as follows:

- Plaintiff Taylor Swenson: $11,103.56;
- Plaintiffs Jamie Bunting and Kyle Bunting: $37,601.28;
- Plaintiffs Jordan Churchill and Thomas Peaver: $7,473.00;
- Plaintiffs Caitland McQuaid and Millard McQuiad: $16,077.94;
- Plaintiff Meghan Warren and Ben Warren: $33,039.48; and

It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 11th day of July, 2023.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes
Deputy Clerk